IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES L. LEVERS, ) | |
| ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | 1:22-CV-02417-TWT |
| ) | |
| v. ) | For Violations of the Fair Labor |
| ) | Standards Act of 1938, As Amended |
| GOVINDA'S CAFÉ and ) | |
| BISWAJIT ROY, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR SERVICE BY PUBLICATION AND SECOND MOTION TO SERVE THE DEFENDANTS AND INCORPORATED EMMORANDUM IN SUPPORT

COMES NOW Plaintiff, Charles Levers (hereinafter "Levers" or "Plaintiff"), by and through his undersigned counsel, and, pursuant to Fed. R. Civ. P. 4(E)(1) and O.C.G.A. § 9-11-4(f)(1), files this Motion for Service by Publication on the defendants Govinda's Café and Biswajit Roy, as follows:

### Georgia Law Endorses Service by Publication

"Unless federal law provides otherwise, an individual…may be served by…following state law for serving a summons… in the state where the district court is located…" Fed. R. Civ. P. 4(E)(1). Because this Court is located in Georgia, the Plaintiffs may serve defendants by following Georgia law. Georgia law permits service by publication when it appears by affidavit that "the person on whom service is to be made resides outside the state, or has departed from the

state, or cannot, after due diligence, be found within the state, or conceals himself or herself to avoid the service of the summons." O.C.G.A. § 9-11-4(f)(1)(A). "Due diligence 'is a question of fact which addresses itself in the first instance to the discretion of the trial court." *Wentworth v. Fireman's Fund Am. Ins. Cos.*, 147 Ga. App. 854, 855 (1978). It must also appear, "either by affidavit or by a verified complaint on file, that a claim exists against the defendant in respect to whom service is to be made, and that he or she is a necessary or proper party to the action." O.C.G.A. § 9-11-4(f)(1)(A).

Plaintiff attaches hereto, as "Exhibit 1," an affidavit attesting to Plaintiff's efforts to serve the individual defendants. Plaintiff, through counsel, asserts that service by publication upon defendants is appropriate because (1) defendants cannot, after due diligence, be found and served within the state and (2) defendants appear to be actively avoiding personal service.

**Plaintiff's Diligent Efforts to Serve the Defendants Warrant Service by Publication**

As set forth in the attached Affidavit for Service by Publication, Plaintiff has diligently attempted to personally serve defendants, but have not been able to perfect service upon defendants.

For example, on June 17, 2022, Plaintiff sent Waivers of Service of Summonses (and accompanying documents) to defendants Govinda's Café and Biswajit Roy. *See* docs. 4-1. 4-2 and 4-3. These waivers were sent to 68 Walthall

Street, NE, Atlanta, GA 30307, the address listed on the Secretary of State's website for Defendant Biswajit Roy, who is listed as the CEO and registered agent for Desiretreefoundantion,Inc and who is listed as the CEO of Mindful Seva Institute Inc, both identified with the Secretary of State as being at Defendant Roy's Walthall Street address. *See* docs. 4-4 and 4-5. Defendants failed to return the signed Waivers of Summonses, Answer Plaintiff's Complaint, or otherwise respond to Plaintiff's waivers in any manner whatsoever.

On August 4, 2022, Plaintiff, through counsel, arranged for personal service to be perfected upon Defendants through a registered process server at 68 Walthall Street NE, the address listed for Defendant Roy with the Georgia Secretary of State. *See* doc. 4-6. Service was unable to be perfected on Defendants at the Walthall Street address on August 5, 2022. Doc. 4-7.

On August 8, 2022, Plaintiff, through counsel, arranged for personal service to be perfected on upon Defendants at Defendant Govinda's Café's physical location, 1146 Euclid Avenue NE, Atlanta, GA 30307. *See* doc. 4-8. Service was unable to be perfected on Defendants at that address on August 10, 2022. Doc. 4-9.

Finally, on October 6, 2022, Plaintiff attempted to arrange service on Defendants through the Dekalb County Marshall at 1287 S Ponce De Leon Ave, NE, Atlanta, Georgia 30306, another address listed for Defendant Roy on the

Secretary of State's website. *See* Exhibit 1 at 2, ¶ 2d and Exhibit 2 (a cover letter to the Dekalb County Sheriff's Office Civil Process Unit), hereto. Service upon Defendants could not be perfected by the Dekalb County Marshall. Exhibit 1 at 2, ¶ 2d.

Plaintiffs have attempted to locate and serve Defendants on no less than four occasions. Plaintiffs repeated attempts to locate and personally serve Defendants have proven unavailing.

Plaintiff has been informed by a business associate of Defendant Roy that Defendant Roy is well aware of the pending litigation against him. Exhibit 1 at 3, ¶ 4. Accordingly, Defendant Roy appears to be actively evading service of the Complaint in this matter on behalf of himself and his restaurant, Govinda's Cafe. Accordingly, service by publication is warranted. *See, e.g., Great American Insurance Company v. American Pan & engineering Co., Inc.*, 2012 WL 13028207 (N.D.Ga.)("Under Georgia law, a court may grant an order for service by publication when the person upon whom service is to be made has departed from the state; cannot, after due diligence, be found within the state; or conceals himself or herself to avoid service.").

**Conclusion**

For the reasons set forth above, and as set forth in the accompanying affidavit, Plaintiffs request that this Court grant Plaintiffs' Motion for Service by Publication.[1]

## CERTIFICATE OF COMPLIANCE

Plaintiffs, through counsel, and in accordance with LR 5.1, hereby certify that the foregoing PLAINTIFFS' MOTION FOR SERVICE BY PUBLICATION was prepared and filed in 14-point font, Times New Roman.

Respectfully submitted this 9th day of November, 2022.

<div style="margin-left: 2em;">

*/s/ Tyler Kaspers*
Tyler B. Kaspers, Ga. Bar No. 445708
THE KASPERS FIRM, LLC
152 New Street, Suite 109B
Macon, GA  31201
404-944-3128
tyler@kaspersfirm.com

Counsel for Plaintiffs

</div>

---

[1] A Proposed Order is attached hereto as "Exhibit 3."