IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES L. LEVERS, | ) |
| | ) CIVIL ACTION FILE NO. |
| Plaintiff, | ) 1:22-CV-02417-TWT |
| | ) |
| v. | ) For Violations of the Fair Labor |
| | ) Standards Act of 1938, As Amended |
| GOVINDA'S CAFÉ and | ) |
| BISWAJIT ROY, | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## NOTICE FOR SERVICE BY PUBLICATION

Complaint for violations of the Fair Labor Standards Act pursuant to 29 U.S.C. 201, et seq., filed June 16, 2022. Service by Publication Ordered November 10, 2022.

TO: GOVINDA'S CAFÉ and BISWAJIT ROY

A Complaint in the above-styled action was filed on June 16, 2022. By Order dated November 10, 2022, the United States District Court for the Northern District of Georgia ordered that service of process upon you be had by publication as provided by law. You are hereby required to file with the Clerk of that Court, and to serve upon Plaintiffs' attorney, Tyler B. Kaspers, Esq., The Kaspers Firm, LLC, 152 New Street, Suite 109, Macon, Georgia 31201, an answer to Plaintiffs' Complaint, enclosed herewith, on or before sixty days from the date of this notice.

WITNESS the Honorable Thomas W. Thrash, Jr., Judge of the United States District Court for the Northern District of Georgia.

This 28th day of November, 2022.

_____
Kevin P. Weimer
Clerk, United States District Court for the Northern District of Georgia