IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHARLES L. LEVERS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 1:22-cv-02417-TWT |
| GOVINDA'S CAFÉ and | ) | |
| BISWAJIT ROY, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This matter is before the Court on the Parties' Consent Motion to Extend the Deadline for Defendants to Answer or Otherwise Respond to Plaintiff's Complaint. The parties having consented thereto, and for good cause shown, the Consent Motion is granted. Defendants Govinda Cafe and Biswajit Roy, shall have through and including February 27, 2023, in which to answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED this  26th  day of  January , 2023.

_____
JUDGE Thomas W. Thrash Jr.

1