# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| CHARLES L. LEVERS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 1:22-cv-02417-TWT |
| GOVINDA'S CAFÉ and BISWAJIT ROY, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2023, I served DEFENDANTS' NOTICE OF DEPOSITION OF CHARLES LEVERS upon counsel for Plaintiff via email:

Tyler B. Kaspers
THE KASPERS FIRM, LLC
152 New Street, Suite 109
Macon, GA 31201
404-944-3128
tyler@kaspersfirm.com

*/s/ Ian E. Smith*
Attorney